**KJC LAW GROUP, A.P.C.**
Kevin J. Cole (SBN 321555)
kevin@kjclawgroup.com
W. Blair Castle (SBN 354085)
blair@kjclawgroup.com
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Tel: (310) 861-7797

*Attorneys for Plaintiff*
*Madison Levin*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON LEVIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOMASHOP, INC.,<br><br>Defendant. | Case No. 2:25-cv-02523-FLA<br><br>*Assigned to Hon. Fernando L. Aenlle-Rocha*<br><br>**VOLUNTARY DISMISSAL** |

Plaintiff Madison Levin, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action with prejudice, including all claims against all parties, with each party to bear its own attorneys' fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

In addition, there has been no motion for class certification filed in this action, thus no class has been certified, and it is not necessary to provide notice to the absent putative class members. *See* Judge Virginia A. Phillips, *et al.*, Federal Civil Procedure Before Trial, Calif. & 9th Cir. Editions § 10:790 (The Rutter Group 2021) ("There is no requirement of judicial approval for precertification dispositions. The reason is that absent class members generally have no notice of uncertified class actions and therefore cannot be bound or deemed to have relied thereon.") (citing Adv. Comm. Notes to 2003 Amendments to Fed. R. Civ. P. 23).

Dated: June 20, 2025                                   Respectfully submitted,

*/s/ Kevin J. Cole*
**KJC LAW GROUP, A.P.C.**
Kevin J. Cole (SBN 321555)
kevin@kjclawgroup.com
W. Blair Castle (SBN 354085)
blair@kjclawgroup.com
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Tel: (310) 861-7797

*Attorneys for Plaintiff*
*Madison Levin*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed, or caused to be filed, the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on June 20, 2025, which will serve a copy of the foregoing upon all parties of record.

*/s/ Kevin J. Cole*